AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
EASTERN DISTRICT, ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 28 2025
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

RAYSHAWN COOPER
_____
Petitioner

v.

Case No. 2:25-cv-145-JM-BBM
_____
(Supplied by Clerk of Court)

This case assigned to District Judge Moody
and to Magistrate Judge Moore

WARDEN HUMPHREY
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: RAYSHAWN COOPER
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: FORREST CITY CORRECTIONAL COMPLEX
   (b) Address: 1301 DALE BUMPERS ROAD
   FORREST CITY, ARKANSAS   72336
   (c) Your identification number: 64425-037

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: THE UNITED STATES DISTRICT COURT, MARYLAND (NORTHERN DIVISION)
   (b) Docket number of criminal case: RDB-18-0339
   (c) Date of sentencing: DECEMBER 19, 2019
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: UNITED STATES FEDERAL BUREAU OF PRISONS
   (b) Docket number, case number, or opinion number: 1231458-R1
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: REJECTION NOTICE - ADMINISTRATIVE REMEDY

   (d) Date of the decision or action: MARCH 3, 2025

   ### Your Earlier Challenges of the Decision or Action

7. First appeal
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: REQUEST WAS MADE TO THE DESIGNATION AND SENTENCE COMPUTATION CENTER AND IT WAS SENT TO THE SOUTH CENTRAL REGIONAL OFFICE.

8. Second appeal
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No

Page 3 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: **THERE WAS NO FIRST APPEAL.**

9. Third appeal
    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes     ☒ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: **THERE WAS NO SECOND OR THIRD APPEAL**

10. Motion under 28 U.S.C. § 2255
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes     ☒ No
    If "Yes," answer the following:
    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes     ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: THE CURRENT CHALLENGE IS FOR THE AWARD OF PRE SENTENCE CREDIT AWARDS FOR TIME SPENT PRIOR TO CONVICTION AND SENTENCE. THIS IS NOT AN ATTACK ON THE CONSTITUTIONALITY OR THE LEGALITY OF THE CONVICTION OR SENTENCE ITSELF.

11. Appeals of immigration proceedings
Does this case concern immigration proceedings?
☐ Yes   ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes      ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. Other appeals

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes      ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: INSTITUTIONAL COPOUT (REQUEST)
(b) Name of the authority, agency, or court: E. ROBERTS, SCSS, FEDERAL CORRECTIONAL INSTITUTION CUMBERLAND.
(c) Date of filing: MARCH 18, 2021
(d) Docket number, case number, or opinion number:
(e) Result: CLARIFIED CERTIFIED JAIL CREDIT DATES
(f) Date of result: 3-18-21
(g) Issues raised: REQUEST FOR PRE SENTENCE JAIL CREDITS FROM DECEMBER 12, 2018 - DECEMBER 19, 2019.

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: PETITIONER HAS A LIBERTY INTEREST IN BEING CREDITED FOR TIME SERVED IN EXECUTION OF A TERM OF IMPRISONMENT. PETITIONER SHOULD BE CREDITED WITH TIME SERVED FROM DEC. 12, 2018 - 12.12.19.

(a) Supporting facts (Be brief. Do not cite cases or law.):
PETITIONER WAS SENTENCED ON 12.19.19 AND THE JUDGEMENT SPECIFICALLY RECOMMENDS "CREDIT FOR TIME SERVED IN STATE CUSTODY BEGINNING DECEMBER 12, 2018. THIS IS A TOTAL OF ONE YEAR AND SEVEN DAYS.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

GROUND TWO: JUDGEMENT RECOMMENDS AWARD OF CREDIT PLAINLY IN ORDER OF IMPRISONMENT. AND DENIAL OF THE AWARD IS AN ABUSE OF DISCRETION.

(a) Supporting facts (Be brief. Do not cite cases or law.):
THE DESIGNATION AND SENTENCE COMPUTATION CENTER CERTIFIED THE PROJECTED RELEASE DATE WITHOUT APPLYING THE JUDGES RECOMMENDATION

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

GROUND THREE: NON AWARD OF PRE SENTENCE JAIL CREDITS WHEN IN FEDERAL CUSTODY VIOLATES DUE PROCESS AND EQUAL PROTECTION CLAUSES.

(a) Supporting facts (Be brief. Do not cite cases or law.):
THE CONSTITUTION PROVIDES THROUGH ITS CODE FOR THE APPLICATION OF JAIL CREDITS FOR PRE SENTENCE TIME SERVED AND SPECIFICALLY ADDRESSES THOSE WHO AT THE TIME OF SENTENCING ARE SUBJECT TO AN UNDISCHARGED PREVIOUSLY IMPOSED SENTENCE.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND FOUR:** ADMINISTRATIVE REMEDY PROGRAM IS NOT A PROPER EXHAUSTION REQUIREMENT FOR THIS ISSUE. THE B.O.P. DESIGNATION AND SENTENCE COMPUTATION CENTER HAS MADE THE FINAL DECISION. THERE IS NO APPEAL.

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
THE DIRECTOR OF THE BUREAU OF PRISONS DETERMINES THE SENTENCE COMPUTATIONS THROUGH ITS DESIGNATION AND COMPUTATION CENTER IN GRAND PRAIRIE, TEXAS. ONCE THE COMPUTATION DATA IS REVIEW AND CERTIFIED AND A REQUEST IS MADE, THE ONLY RESPONSE IS "COMPUTATION CERTIFIED".

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: THE FEDERAL BUREAU OF PRISONS DESIGNATION AND SENTENCE COMPUTATION CENTER TO AWARD JAIL CREDIT FROM 12.12.18 - 12.19.19 AND UPDATE THE DATA TO REFLECT A CERTIFIED PROTECTED RELEASE DATE CONSISTENT WITH CREDIT FOR TIME SERVED AS PER JUDGEMENT RECOMMENDATION.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 7/17/2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7/17/2025          R. Cooper
                         _____
                         Signature of Petitioner


                         _____
                         Signature of Attorney or other authorized person, if any

## LIST OF ATTACHMENTS

ATTACHMENT #1: RESPONSE TO TIME COMPUTATION REQUEST FROM DESIGNATION AND COMPUTATION CENTER, GRAND PRARIE, TX. (GRA-DSC)

ATTACHMENT #2: RESPONSE TO REQUEST FOR INFORMAL RESOLUTION — REFERRED BY THE SAME OFFICIAL IN FIRST REQUEST AND REVIEWED AND DECIDED BY SAME ENTITY (GRA-DSC).

ATTACHMENT 3: REQUEST SENT DIRECTLY TO GRA-DCS (SENT 2-4-25).

ATTACHMENT 4: REJECTION NOTICE BY ARD COORDINATOR — SOUTH CENTRAL REGIONAL OFFICE.
DESIGNATED AS REGIONAL APPEAL.
REJECTED AS INCORRECT SUBMISSION.

ATTACHMENT 5: ORIGINAL JUDGEMENT AND CONVICTION "IMPRISONMENT" SECTION.

ATTACHMENT 6: ORDER ON MOTION TO CORRECT JUDGEMENT. SENTENCED TO 120 MONTHS AND NOTHING CHANGED.

## LIST OF ATTACHMENTS

ATTACHMENT #1: RESPONSE TO TIME COMPUTATION REQUEST FROM DESIGNATION AND COMPUTATION CENTER, GRAND PRARIE, TX. (GRA-DSC)

ATTACHMENT #2: RESPONSE TO REQUEST FOR INFORMAL RESOLUTION — REFERRED BY THE SAME OFFICIAL IN FIRST REQUEST AND REVIEWED AND DECIDED BY SAME ENTITY (GRA-DSC).

ATTACHMENT 3: REQUEST SENT DIRECTLY TO GRA-DCS (SENT 2-4-25).

ATTACHMENT 4: REJECTION NOTICE BY ARD COORDINATOR — SOUTH CENTRAL REGIONAL OFFICE.
DESIGNATED AS REGIONAL APPEAL.
REJECTED AS INCORRECT SUBMISSION.

ATTACHMENT 5: ORIGINAL JUDGEMENT AND CONVICTION "IMPRISONMENT" SECTION.

ATTACHMENT 6: ORDER ON MOTION TO CORRECT JUDGEMENT. SENTENCED TO 120 MONTHS AND NOTHING CHANGED.



### Ellen L. Roberts - Re: COPOUT/COOPER #64425-037

| | |
|---|---|
| **From:** | GRA-DSC-TeamBravo-S |
| **To:** | Ellen L. Roberts |
| **Date:** | 3/18/2021 9:02 AM |
| **Subject:** | Re: COPOUT/COOPER #64425-037 |
| **Attachments:** | 64425037 J&C.pdf; 64425037 MEM.pdf; 64425037 WKW.pdf |

Greetings All,

Federal sentence for inmate mentioned above was ordered to run concurrent with the state sentence that was imposed in Maryland, meaning that the federal sentence was to begin on the date that it was imposed instead of waiting until the state sentence has expired.

In reviewing a sentence for Willis/Kayfez credit, we review for credit that the federal sentence would not ordinarily receive.....up to the date that the 1st sentence begins to run. In this case, the state sentence began prior to the federal sentence (state sentence was imposed on 05-30-2018 and the federal sentence was imposed on 12-19-2019). Inmate was entitled under these conditions to jail credit from 03-14-2018 up to the day before the state sentence begins to run which was 05-29-2018. Once the 1st sentence begins to run (whether state or federal) we are not authorized to apply any additional credit. Therefore, the jail credit stopped on 05-29-2018.

Hope this helps

\>>> Ellen L. Roberts 3/16/2021 8:55 AM >>>
Please see attached copout.

Thank you.

E. Roberts, SCSS
FCI Cumberland
14601 Burbridge Road
Cumberland, MD 21502
(301)784-1000 x1084

*Handwritten notes:*

TIME LINE
of ARRESTED By Baltimore City Police on 3-14-18
Federal Intional Apprenau on 12/13/18 Recieve time
12/19/19 Plead Guilty

Fed hold
Detained 9-11-18
Appearance 12-12-18
9-14-18
9-5-18
warrant came out

file:///C:/Users/BOP04961/AppData/Local/Temp/1/XPgrpwise/60531731CUMDOM1CU    4/30/2021

ATTACHMENT #7

Attempt at Informal Resolution

Name: COOPER, Rayshawn
Register Number: 64425-037
Date: April 30, 2021
Tracking No.: A2 ~~130~~ 221

This is in response to your Request for Informal Resolution dated April 14, 2021, regarding your sentence computation. Specifically, you are requesting additional credit.

Your request was forwarded to the Designation and Sentence Computation Center for review. It has been determined that the credit you are requesting is not applicable towards the service of your current sentence, as this time was awarded towards the service of your sentence in the State of Maryland.

In this case, the state sentence began prior to the federal sentence (state sentence was imposed on 05-30-2018 and the federal sentence was imposed on 12-19-2019). Prior custody credit began from 03-14-2018 up to the day before the state sentence begins to run which was 05-29-2018. Once the 1st sentence begins to run (whether state or federal) you are not authorized credit. Therefore, the jail credit stopped on 05-29-2018.

As outlined in Program Statement 5880.28. Sentence Computation Manual, CCCA, Page 1-22 through 1-24B, Willis v. U.S., the time in question shall not be applied to the federal sentence. "Prior custody credits shall be given for any time spent in non-federal presentence custody that begins on or after the date of the federal offense up to the date that the first sentence begins to run, federal or non-federal. These time credits are known as **Willis** time credits (See **Willis v. U.S., 449 F2d 923 (CA 5, 1971)**."

Your computation has been certified correct by the Designation and Sentence Computation Center.

_____     4/30/21
E. Roberts, SCSS                              Date

ATTACHMENT #3

Federal Bureau Of Prisons
Designation and Sentence Computation
Center, 344 Marine Forces Dr., Grand
Prairie, TX, 75051

## Request of Corrections of jail Credits

To whom it may concern,

My name is Rayshawn Cooper, Federal inmate # 64425-037, currently housed at Federal Correctional Complex (FCC) Forrest City-medium. The basis of this request is for the correction of jail time credit calculations. This request is for the imposed sentence on 12-12-2018, the judgement of said sentence was to have all charges state and Federal to be run concurrent with one another. As of January 26, 2025 the computation of all jail credits is inaccurate, thus keeping me incarcerated longer than the sentenced imposed. Stated on page 2 of 6, " court ruling, the Federal and state charges to be run concurrent", I am asking that the court look into this information and inform all parties including myself of the accurate sentence computation as soon as possible.

### *Arrest Timeline

- 3/14/2018  Arrested by Baltimore P.D
- 5/30/2018  Sentenced on state charges
- 9/5/2018   USMS  HOLD PLACED
- 9/11/2018  Detained by USMS
- 12/12/2018 Sentenced in Federal Court
- Current- FCC Forrest City(medium)

I Rayshawn Cooper ask you to please look into my sentence computation and correct all jail credits at its earliest convience. Please forward all findings, corrections and mail to, Rayshawn Cooper #64425-037 P.O BOX, 3000, Forrest City (medium), Forrest city, AR, 72336

SIGNED: _Rayshawn Cooper_ 2/4/25

ATTACHMENT #4

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 3, 2025

FROM: ADMINISTRATIVE REMEDY COORDINATOR
SOUTH CENTRAL REGIONAL OFFICE

TO  : RAYSHAWN COOPER, 64425-037
       FORREST CITY MED FCI    UNT: I GP    QTR: A03-215U
       PO BOX 7000
       FORREST CITY, AR 72336

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1231458-R1      REGIONAL APPEAL
DATE RECEIVED   : FEBRUARY 18, 2025
SUBJECT 1       : CREDIT FOR TIME SPENT IN JAIL
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

ment in a Criminal Case with Supervised Release (Rev. 12/2019)      Judgment Page 2 of 6

DANT: Rayshawn Cooper      CASE NUMBER: RDB-1-18-CR-00339-017

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **132 months as to Count 1s**. This Sentence is to run concurrently with any Maryland state sentence already imposed and the defendant's place of confinement for service of the federal sentence is designated as the Maryland State Institution of his incarceration. Upon completion of the defendant's Maryland state sentence, the defendant shall serve the balance in the custody of the Bureau of Prisons.

☒ The court makes the following recommendations to the Bureau of Prisons:
1. That the defendant be given credit for time served in State Custody beginning December 12, 2018 pursuant to U.S.S.G. 5G 1.3(b).
2. At the conclusion of the Maryland State sentence, that the defendant be designated to the FCI at Cumberland, Maryland for service of his remaining federal sentence.
3. That the defendant participates in any substance abuse program for which he may be eligible including the RDAP.
4. That the defendant participates in any vocational or educational program for which he may be eligible.
5. That the defendant shall make efforts to obtain his GED.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

    ☐ before 2pm on _____.

A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146. If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147. For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148. Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY U.S. MARSHAL

# Time Line

3-14-18 - Arrested by Baltimore P.D.

5-30-18 - Sentence on State Charges

9-5-18 - USMS Hold

9-11-18 - Detained by USMS

12-18-18 - Sentence in Federal Court

Current - FCC - Forrest City

Released - 5-

ATTACHMENT #C

Case 1:18-cr-00339-RDB   Document 805   Filed 05/18/21   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

UNITED STATES OF AMERICA          :
                                  :
v.                                :       Criminal No. RDB-18-0339
                                  :
RAYSHAWN COOPER                   :

## ORDER

The Court, having considered Mr. Cooper's Consent Motion to Correct Judgment, ECF No. 803, and understanding that the government does not oppose this request, it is this __18th__ day of May, 2021, HEREBY ORDERED:

1. The defendant's Motion to Correct Judgment is GRANTED;

2. The sentence previously imposed on Count One in the Judgement & Commitment Order dated December 19, 2019, (ECF 482), is reduced from 132 months to 120 months, as of May __18__, 2021;

3. All other terms and conditions of Mr. Cooper's sentence and supervised release remain in full force and effect.

4. An Amended Judgment & Commitment Order shall issue and state:
   "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 120 months as to Count 1s. This Sentence is to run concurrently with any Maryland state sentence already imposed and the defendant's place of confinement for service of the federal sentence is designated as the Maryland State Institution of his incarceration. Upon completion of the Defendant's Maryland state sentence, the Defendant shall serve the balance in the custody of the Bureau of Prisons."

_____
THE HONORABLE RICHARD D. BENNETT
United States District Judge

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT, ARKANSAS

2025 JUL 28 A 10: 05

TAMMY H DOWNS,

Rayshawn Cooper # 64425-037
FCC-Forrest City Medium
P.O. Box 3000
Forrest City, AR 72336

July 15, 2025

Office of the Clerk of Court
United States District Court
Eastern District, Arkansas
600 W. Capitol Ave Room A 149
Little Rock, AR
72201

Dear Clerk,

Please find the original and two copies of the petition for writ of Habeas Corpus under 28 USC 2241.

Also, if there are any other rules or instructions required by the court please notify me at the above address where the correspondence envelope is marked "Legal Mail - Open Only In Presence of Inmate." Thank you,

X Rayshawn Cooper

RAYSHAWN COOPER #64425-031
FCC FORREST CITY - MEDIUM
P.O. BOX 3000
FORREST CITY, AR
                72336



Retail  

U.S. POSTAGE PAID
FCM LG ENV
FORREST CITY, AR 72335
JUL 23, 2025

72201

$0.00

RDC 99

S2324N502224-07

CLERK
UNITED STATES DISTRICT COURT
   EASTERN DISTRICT, ARKANSAS
600 WEST CAPITOL AVE.
ROOM A-149
LITTLE ROCK, AR
              72201